**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| MAGNOLIA PANTOJA | ) | CASE NO 18-30394-thf |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

## **ORDER**

This matter having come before the Court on the Motion by the Debtor to Amend the Order of Confirmation, good cause having been shown, and the Court being sufficiently advised,

IT IS HEREBY ORDERED That the Debtors Motion is GRANTED and that Order of Confirmation be amended to provide that the Plan shall pay a late filed claims 2, 4, and 5. Further the plan payment is hereby increased to 850 per month to make the plan feasible. The Chapter 13 Trustee is direct to pay said amounts as provided by the Order of Confirmation.

ORDER PREPARED BY:

/S/NICK C. THOMPSON
Nick C. Thompson
Attorney for the Debtor
800 Stone Creek Parkway Suite 6
Louisville, KY 40223
502-625-0905 (telephone) 502-625-0940 (fax)
bankruptcy@bankruptcy-divorce.com